UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALEZ MARTINEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNKNOWN,<br><br>　　　　Respondent. | Case No. 22-cv-05559-JSC<br><br>**ORDER OF DISMISSAL** |

On September 28, 2022, the Clerk opened this matter based upon a letter received from Plaintiff requesting sentencing credits. On the same day, the Clerk notified Petitioner that he had not filed a petition or a complaint, and that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). The Clerk mailed Petitioner the Court's IFP application and form habeas petition with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notice informed him that the case would be dismissed if he did not file a petition and either pay the filing fee or file a completed IFP application within 28 days. No response has been received. As Petitioner has not filed a petition, paid the filing fee, or completed an IFP application, and he has not shown cause why not, this case is DISMISSED without prejudice.

　　　　The Clerk shall enter judgment and close the file.

　　　　**IT IS SO ORDERED.**

Dated: November 18, 2022

JACQUELINE SCOTT CORLEY
United States District Judge